UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                    )
                                          )
ALFRED LEROY FINNELL, JR.                 ) CASE NO. 18-01993-JMC-13
                                          )
DEBTORS.                                  )

### TRUSTEE'S REPORT TO COURT

John M. Hauber, your trustee herein, having conducted the meeting of creditors is unable to recommend plan confirmation because:

  Objection to plan by creditor:

  Need ruling on Lift Objection filed by:

  Trustee has filed separate objection needing ruling by Court

  Trustee requests a confirmation hearing be set due to plan not being distributed to creditors prior to #341 meeting.

  ☒ Other: Trustee to report further within 60 days.

Based upon the above report, your trustee advises the Court that:

An amendment will be filed within  days, from the #341 hearing and will consist of amended plan.    Circulate to all parties of record.

Debtor will file an adversary or objection to claims within  days from #341

☒ Debtor attempting to settle objections with trustee or creditors; hold further action until trustee advises within 60 days.

  Set:   Confirmation Hearing     Other: above objection

  Please set above:        As soon as a date is available;
                           Only after the claims bar date has run;
                           Other:

  Please send additional notice to:

                                          Respectfully submitted,

DATE: 4//27/18                            /s/ John M. Hauber_____
                                          John M. Hauber, Trustee
                                          PO Box 441644
                                          Indianapolis, IN  46244
                                          (317) 636-1062; (317) 636-1186 fax

DISTRIBUTION:
U.S. TRUSTEE; CHAPTER 13 TRUSTEE (Hauber)