**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Alfred Leroy Finnell Jr. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: Southern District of Indiana (State) | |
| Case number | 18-01993-JMC-13 |

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Freedom Mortgage Corporation

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 5 2 7 8

**Date of payment change:**
Must be at least 21 days after date of this notice: 8/1/2021

**New total payment:** $ 691.13
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $307.02     New escrow payment: $323.02

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

| Debtor 1 | Alfred Leroy Finnell Jr. | | | Case number (*if known*) 18-01993-JMC-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ SUSAN M WOOLLEY
Signature

Date 6/14/2021

Print: SUSAN M. WOOLLEY
First Name   Middle Name   Last Name

Title: Attorney for Freedom Mortgage Corporation

Company: Feiwell & Hannoy, P.C.

Address: 8415 Allison Pointe Blvd., Suite 400
Number    Street

Indianapolis, IN  46250
City    State    ZIP Code

Contact phone (317) 237-2727

Email SWOOLLEY@feiwellhannoy.com

<u>CERTIFICATE OF SERVICE</u>

   The undersigned does hereby certify that the foregoing has been duly electronically noticed or mailed via United States mail, first class, on June 14, 2021, to the following:

Alfred Leroy Finnell Jr.
Debtor
5018 Hillside Ave
Indianapolis, IN 46205-1444

J. Andrew Sawin
Attorney at Law
6100 N. Keystone Ave. Ste. 620
Indianapolis, IN 46220

John Morgan Hauber
Trustee
320 N. Meridian St., Ste. 200
Indianapolis, IN 46204

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

                <u>/s/ SUSAN M WOOLLEY</u>
                SUSAN M. WOOLLEY, Attorney No. 15000-64

**FREEDOM MORTGAGE®**
PO BOX 50428
INDIANAPOLIS, IN 46250 0401

Redacted

ALFRED L FINNELL JR
5018 HILLSIDE AVE
INDIANAPOLIS IN 46205-1444

## Escrow Account Disclosure Statement

### Account Information

| | |
|---|---|
| Loan Number: | Redacted |
| Property Address: | 5018 HILLSIDE AVE |
| | INDIANAPOLIS IN 46205 |
| Statement Date: | 06/01/2021 |
| Current Payment Amount: | $675.13 |
| New Payment Amount: | $691.13 |
| New Payment Effective Date: | 08/01/2021 |

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there is enough money in your account to cover your homeowners insurance, real estate taxes and mortgage insurance, if applicable. However, changes in your taxes and insurance could result in a shortage or surplus in your escrow account.

Based on our most recent analysis, you have a shortage of $67.28 in your escrow account. This shortage likely was caused by changes in your taxes and/or insurance. A shortage may also result if full monthly escrow payments have not been made to your account. To see these changes, refer to Part 2. We will automatically spread the shortage amount over 12 months of future monthly escrow payments.

| | |
|---|---|
| Projected Minimum Balance | $479.78 |
| Required Minimum Balance | $547.06 |
| Shortage Amount | $67.28 |

The required minimum balance is also known as the escrow cushion. The required minimum balance or escrow cushion is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months. As escrow items are subject to change each year, the amounts in Part 3 are only estimates.

### PART 1 — Your Mortgage Payment

Payment information beginning with your 08/01/2021 payment

The escrow shortage amount will automatically be spread over 12 months. Your new monthly payment will be $691.13.

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Interest: | $368.11 | $368.11 |
| Escrow Payment: | $307.02 | $317.42 |
| Shortage Spread: | $0.00 | $5.60 |
| **Total Payment:** | **$675.13** | **$691.13** |

**NOTICE:** Freedom Mortgage Corporation is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, in the event the debt has been discharged pursuant to or the addressee or recipient is under the protection of federal bankruptcy law, this communication is solely for informational purposes and is not an attempt to collect a debt.

(This space intentionally left blank)



## Your Escrow Account History

The chart below compares what we projected to occur with actual activity in your escrow account since the last analysis.

**Previous Year's Projections (Estimated)**

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | $1,532.22 |
| Aug 2020 | $307 02 | $44 79 | FHA MORTGAGE INSURANCE | $1,794 45 |
| Sep 2020 | $307 02 | $44 79 | FHA MORTGAGE INSURANCE | $2,056 68 |
| Oct 2020 | $307 02 | $44 79 | FHA MORTGAGE INSURANCE | $2,318 91 |
| Oct 2020 | $0 00 | $0 00 | | $2,318 91 |
| Nov 2020 | $307 02 | $44 79 | FHA MORTGAGE INSURANCE | $2,581 14 |
| Nov 2020 | $0 00 | $827 91 | COUNTY TAX | $1,753 23 |
| Dec 2020 | $307 02 | $1,491 00 | HOMEOWNERS | $569 25 |
| Dec 2020 | $0 00 | $44 79 | FHA MORTGAGE INSURANCE | $524 46 |
| Jan 2021 | $307 02 | $44 79 | FHA MORTGAGE INSURANCE | $786 69 |
| Feb 2021 | $307 02 | $44 79 | FHA MORTGAGE INSURANCE | $1,048 92 |
| Mar 2021 | $307 02 | $44 79 | FHA MORTGAGE INSURANCE | $1,311 15 |
| Apr 2021 | $307 02 | $44 79 | FHA MORTGAGE INSURANCE | $1,573 38 |
| Apr 2021 | $0 00 | $0 00 | | $1,573 38 |
| May 2021 | $307 02 | $44 79 | FHA MORTGAGE INSURANCE | $1,835 61 |
| May 2021 | $0 00 | $827 91 | COUNTY TAX | $1,007 70 |
| Jun 2021 | $307 02 | $44 79 | FHA MORTGAGE INSURANCE | $1,269 93 |
| Jul 2021 | $307 02 | $44 79 | FHA MORTGAGE INSURANCE | $1,532 16 |
| **Total** | **$3,684.24** | **$3,684.30** | | |

**Actual Activity**

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | ($1,647.36) |
| Aug 2020 | $328.16 | $44.79 | | ($1,363.99) |
| Sep 2020 | $328.16 | $44.79 | | ($1,080.62) |
| Oct 2020 | $328.16 | $44.79 * | | ($797.25) |
| Oct 2020 | $0.00 | $827.91 | COUNTY TAX | ($1,625.16) |
| Nov 2020 | $328.16 | $44.79 * | | ($1,341.79) |
| Nov 2020 | $0.00 | $1,564.00 | HOMEOWNERS | ($2,905.79) |
| Dec 2020 | $328.16 | $44.79 * | | ($2,622.42) |
| Dec 2020 | $0.00 | $0.00 | | ($2,622.42) |
| Jan 2021 | $328.16 | $44.79 | | ($2,339.05) |
| Feb 2021 | $328.16 | $43.89 * | | ($2,054.78) |
| Mar 2021 | $328.16 | $43.89 * | | ($1,770.51) |
| Apr 2021 | $328.16 | $43.89 * | | ($1,486.24) |
| Apr 2021 | $0.00 | $859.18 | COUNTY TAX | ($2,345.42) |
| May 2021 | $328.16 | $43.89 * | | ($2,061.15) |
| May 2021 | $0.00 | $0.00 | | ($2,061.15) |
| Jun 2021 | $0.00 | $0.00 E | | ($2,061.15) |
| Jul 2021 | $0.00 | $0.00 E | | ($2,061.15) |
| **Total** | **$3,281.60** | **$3,695.39** | | |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

A double asterisk (**) indicates a difference in that month between the actual activity and the estimated activity due to interest payable on Escrow which is not estimated.

LOAN NUMBER: Redacted

(This space intentionally left blank)



**FREEDOM MORTGAGE®**
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

### Escrow Account Disclosure Statement

| Account Information | Page 2 |
|---|---|
| Loan Number: | Redacted |
| Property Address: | 5018 HILLSIDE AVE |
| | INDIANAPOLIS IN 46205 |
| Statement Date: | 06/01/2021 |
| Current Payment Amount: | $675.13 |
| New Payment Amount: | $691.13 |
| New Payment Effective Date: | 08/01/2021 |

Redacted
ALFRED L FINNELL JR
5018 HILLSIDE AVE
INDIANAPOLIS IN 46205-1444

## PART 3 — Expected Escrow Payments over the next 12 Months

| | |
|---|---|
| HOMEOWNERS | $1,564.00 |
| FHA MORTGAGE INSURANCE | $526.68 |
| COUNTY TAX | $1,718.36 |
| **Total Disbursements** | **$3,809.04** |

Freedom expects to pay $3,809.04 over the next 12 months. Here's how to calculate your new monthly escrow payment:

| | |
|---|---|
| Total Disbursements: | $3,809.04 |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$317.42** |

### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---|---|---|---|---|
| | | | Beginning Balance | $1,535.31 | $1,602.59 |
| Aug 2021 | $317.42 | $43.89 | FHA MORTGAGE INSURANCE | $1,808.84 | $1,876.12 |
| Sep 2021 | $317.42 | $43.89 | FHA MORTGAGE INSURANCE | $2,082.37 | $2,149.65 |
| Oct 2021 | $317.42 | $43.89 | FHA MORTGAGE INSURANCE | $2,355.90 | $2,423.18 |
| Nov 2021 | $317.42 | $43.89 | FHA MORTGAGE INSURANCE | $2,629.43 | $2,696.71 |
| Nov 2021 | $0.00 | $859.18 | COUNTY TAX | $1,770.25 | $1,837.53 |
| Dec 2021 | $317.42 | $1,564.00 | HOMEOWNERS | $523.67 | $590.95 |
| Dec 2021 | $0.00 | $43.89 | FHA MORTGAGE INSURANCE | $479.78 | $547.06 * |
| Jan 2022 | $317.42 | $43.89 | FHA MORTGAGE INSURANCE | $753.31 | $820.59 |
| Feb 2022 | $317.42 | $43.89 | FHA MORTGAGE INSURANCE | $1,026.84 | $1,094.12 |
| Mar 2022 | $317.42 | $43.89 | FHA MORTGAGE INSURANCE | $1,300.37 | $1,367.65 |
| Apr 2022 | $317.42 | $43.89 | FHA MORTGAGE INSURANCE | $1,573.90 | $1,641.18 |
| May 2022 | $317.42 | $43.89 | FHA MORTGAGE INSURANCE | $1,847.43 | $1,914.71 |
| May 2022 | $0.00 | $859.18 | COUNTY TAX | $988.25 | $1,055.53 |
| Jun 2022 | $317.42 | $43.89 | FHA MORTGAGE INSURANCE | $1,261.78 | $1,329.06 |
| Jul 2022 | $317.42 | $43.89 | FHA MORTGAGE INSURANCE | $1,535.31 | $1,602.59 |
| | $3,809.04 | $3,809.04 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.

## PART 4 — What This Means to You

Your escrow balance is less than the required minimum balance or cushion in your account. The resulting shortage is $67.28.

The Escrow shortage has been spread over 12 months. Including the shortage, your new total monthly payment will be $691.13.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment.

## PART 5 — How You Can Reach Us with Questions

Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday from 8:00am – 10:00pm and Saturday from 9:00am – 6:00pm Eastern Time.

LOAN NUMBER: Redacted